# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

JASON ALAN GRIGGS,
DERENDA HANCOCK,
L. KIM GIBSON,
MISSISSIPPI HUMANIST ASSOCIATION,
and AMERICAN ATHEISTS, INC.,                            PLAINTIFFS

v.                            CIVIL ACTION NO. 3:21-cv-416-CWR-LGI

CHRIS GRAHAM,
JONATHON TATE REEVES,
LYNN FITCH,
DAVID MCRAE,
SHARON NASH BARNETT,
EDDIE J. FAIR,
KAY PACE, and
CAROLINE GILBERT,                                   DEFENDANTS

## NOTICE OF APPEAL

Plaintiffs, Jason Alan Griggs, Derenda Hancock, and American Atheists, Inc. appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on March 2, 2023 [Doc. No. 38].

RESPECTFULL SUBMUITTED, this 3rd day of April, 2023.

**DIANNE HERMAN ELLIS**

By: /s/ Dianne Herman Ellis
Dianne Herman Ellis
ELLIS LAW FIRM, PLLC
1145 Robinson Avenue
Ocean Springs, Mississippi 39564
228-215-0037- Office
228-284-1889- Facsimile
662-607-8576- Cellular
www.EllisLawFirmMS.com

Geoffrey T. Blackwell (*pro hac vice*)
Alison M. Gill (*pro hac vice*)
AMERICAN ATHEISTS LEGAL CENTER
American Atheists, Inc.
2001 Columbia Pike, #212
Arlington, VA 22204
Phone: 908-276-7300, ext. 309
Fax:     908-344-3927
Email: legal@atheists.org

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I GEOFFREY T. BLACKWELL, do hereby certify that I have this 3rd day of April, 2023, electronically filed the foregoing document with the Clerk of the Court utilizing the ECF system which sent notification of such filing to all counsel of record.

By: /s/ Dianne Herman Ellis
DIANNE HERMAN ELLIS