IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
No. 23-60169

---

JASON ALAN GRIGGS, DERENDA HANCOCK,
AND AMERICAN ATHEISTS, INC.,
Appellants

v.

CHRIS GRAHAM, JONATHON TATE REEVES, LYNN FITCH,
DAVID MCRAE, SHARON NASH BARNETT, EDDIE J. FAIR,
KAY PACE, and CAROLINE GILBERT,
each in his or her official capacity,
Appellees

On Appeal from the United States District Court for the
Southern District of Mississippi, Northern Division
No. 3:21-cv-416-CWR-LGI

---

**APPELLANTS' MOTION TO DISMISS APPEAL**

---

**Geoffrey T. Blackwell**
American Atheists, Inc.
2001 Columbia Pike, #212
Arlington, VA 22204
(908) 603-8787
gblackwell@atheists.org

*Counsel for Appellants Jason Alan Griggs,*
*Derenda Hancock, and American Atheists, Inc.*

Because the State of Mississippi has announced a new standard license tag design that does not include the words "IN GOD WE TRUST," to be available beginning on January 1, 2024, the Appellants, Jason Alan Griggs, Derenda Hancock, and American Atheists, Inc., have elected not to go forward with their appeal and hereby respectfully move that the appeal be dismissed.

Dated:      May 16, 2023                    Respectfully submitted,

/s/ Geoffrey T. Blackwell
Geoffrey T. Blackwell
American Atheists, Inc.
2001 Columbia Pike, #212
Arlington, VA 22204
(908) 603-8787
gblackwell@atheists.org

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies as follows:

1.    This document complies with the length limits of Fed. R. App. P. 27(d)(2); excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 57 words.

2.    This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Time New Roman font.

*/s/ Geoffrey T. Blackwell*
Geoffrey T. Blackwell

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 16, 2023, I conferred with counsel of record for the Appellees, who indicated that the Appellees do not oppose this motion.

*/s/ Geoffrey T. Blackwell*
Geoffrey T. Blackwell

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, a true and correct copy of the foregoing document was served via ECF on all counsel of record.

*/s/ Geoffrey T. Blackwell*
Geoffrey T. Blackwell