# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 16, 2023

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 23-60169   Griggs v. Graham
                            USDC No. 3:21-CV-416

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Majella A. Sutton, Deputy Clerk
                                        504-310-7680

cc w/encl:
    Mr. Geoffrey Blackwell
    Ms. Dianne Herman Ellis
    Mr. Scott E. Gant
    Mr. William Trey Jones III
    Mr. Justin Lee Matheny
    Mr. James Breland Parker
    Mr. Rex Morris Shannon III