# United States Court of Appeals for the Fifth Circuit

No. 23-60169

Jason Alan Griggs; Derenda Hancock; American Atheists, Incorporated,

*Plaintiffs—Appellants,*

versus

Chris Graham, *Commissioner of Revenue, in his Official Capacity*; Jonathan Tate Reeves, *Governor of the State of Mississippi*; in his Official Capacity; Lynn Fitch, *Attorney General of the State of Mississippi*; in her Official Capacity; David McRae, Treasurer of the State of Mississippi; in his Official Capacity; Sharon Nash Barnett, *Tax Collector for Harrison County, Mississippi*; in her Official Capacity; Eddie J. Fair, *Tax Collector for Hinds County, Mississippi*; in his Official Capacity; Kay Pace, *Tax Collector for Madison County, Mississippi*; in her Official Capacity; Caroline Gilbert, *Tax Collector for Rankin County, Mississippi*; in her Official Capacity,

*Defendants—Appellees.*

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of May 16, 2023, pursuant to appellants' motion.

A True Copy
Certified order issued May 16, 2023

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 23-60169

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

By: _____
     MAJELLA A. SUTTON, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT